**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE WILLIAMS II,<br><br>            Plaintiff,<br><br>    vs.<br><br>RICHARD B. IVES, ET AL.,<br><br>            Defendants. | CASE NO. CV 15-00586 BRO (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

        The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendations in the Report.

DATED: April 28, 2015

*[signature]*

      BEVERLY REID O'CONNELL
     UNITED STATES DISTRICT JUDGE