**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE WILLIAMS II,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD B. IVES, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CV 15-00586 BRO (RZ)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: April 28, 2015

　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE